Sergei Vinkov

E-mail vinjkov@gmail.com

40795 Nicole Court, Hemet, CA 92544

Mobile 951.380.5339

Defendant/Counterclaimant, In Pro Per

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brotherhood Mutual Insurance Company, an Indiana corporation,<br><br>Plaintiff / Counter-Defendant<br><br>v.<br><br>Sergei Vinkov, an individual<br><br>Defendant / Counter-Claimant | Case No.: 5:19-cv-01821-SB-SP<br><br>**SERGEI VINKOV'S 7-DAYS NOTICE OF REQUESTING (MOVING) OF ENTRY OF DEFAULT JUDGMENT AGAINST BROTHERHOOD MUTUAL INSURANCE COMPANY, AN INDIANA CORPORATION [Dkt 55]**<br><br>[FRCP 55(b)(2); 12(h)(2)(A); L.R. 55]<br><br>Judge: Honorable Stanley Blumenfeld Jr.<br><br>Place: First Street Courthouse, 350 W. 1st Street, Courtroom 6C, 6th Floor, Los Angeles, California 90012<br><br>Hearing: 03/19/21 at 8:30<br>Dispositive motions deadline: 04/26/21<br>Trial: Tuesday, 07/06/21 at 09:00 AM |

    TO THE COURT, PLAINTIFF AND ITS ATTORNEYS, Robert W Brockman, Jr; David Berman, Brockman Quayle Bennett, 12481 High Bluff Drive Suite 301, San Diego, CA 92130, OF RECORD:

    NOTICE IS HEREBY GIVEN that on 03/19/21, or soon as thereafter Sergei Vinkov ("Vinkov") pursuant to *FRCP 55(b)(2); 12(h)(2)(A); L.R. 55* will, and hereby does, request (move) this court for entry of default judgment against Brotherhood Mutual Insurance Company, an Indiana corporation, on the ground that its responsive pleading [Dkt 55] failed to state defense to Vinkov's affirmative relief for bad faith and prompt payment [Dkts 38; 39]. Additionally, the case-dispositive sanctions are warranted upon the willful misuse of discovery process by BMIC [Dkts 51; 37] and submitting the sham answer [Dkt 55].

    Parties could not resolved the matter outside the court via *FRCP 41&68* and other alternative means to settle the matters. Requesting party on various basis attempted to reach a solutions by the legal team of the defaulting party, however, they could not reached agreements and stipulation to resolve the matters without court's intervention. The last time the requesting party discussed the matter with legal counsel for Counter Defendant Mr. David Berman via phone on February 3, 2021 under *L.R. 7-3* which is at least 7 days to bring this application for default judgment.

    The notice is made at least 7 days for designated hearing under *FRCP 55(b)(2)* and at least 28-days under *L.R. 6-1*. So, this timeline allows the court to treat this application as a motion.

Dated: February 19, 2021        By:_____
                                                    Sergei Vinkov,
                                                    Defendant / Counterclaimant, In Pro Per.

2

SERGEI VINKOV'S 7-DAYS NOTICE OF REQUESTING ENTRY OF DEFAULT JUDGMENT AGAINST BROTHERHOOD MUTUAL INSURANCE COMPANY, AN INDIANA CORPORATION [Dkt 55]