JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROTHERHOOD MUTUAL INSURANCE COMPANY, an Indiana corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>SERGEI VINKOV, an individual; ROES 1 through 10,<br><br>    Defendants.<br><br>AND RELATED CROSS ACTIONS. | Case No.: 5:19-cv-01821 SB (SPx)<br><br>**JUDGMENT IN FAVOR OF PLAINTIFF BROTHERHOOD MUTUAL INSURANCE COMPANY'S MOTIONS FOR SUMMARY JUDGMENT AND TO DISMISS**<br><br>Date:         April 23, 2021<br>Time:         8:30 a.m.<br>Courtroom: 6C<br>Judge:       Hon. Stanley Blumenfeld, Jr. |

    Plaintiff Brotherhood Mutual Insurance Company filed a Complaint for Declaratory Relief against Defendant Sergei Vinkov on September 23, 2019. Dkt. No. 1.

    On February 26, 2021, Plaintiff Brotherhood Mutual Insurance Company filed a Motion for Summary Judgment pursuant to Federal Rule of Civil Procedure 56(a) as to Plaintiff's Complaint and Defendant/Cross-Complainant Sergei Vinkov's Counter-Claim. Dkt No. 207.

    Also on February 26, 2021, Plaintiff Brotherhood Mutual Insurance Company filed a Motion to Dismiss Defendant Sergei Vinkov's Cross-Claim

pursuant to Federal Rule of Civil Procedure 37(b)(2)(A)(ii)(v).  Dkt. No. 207.

After reading and considering Plaintiff's Motion for Summary Judgment and Motion to Dismiss, and the papers filed in support and in opposition to those Motions, IT IS HEREBY ORDERED THAT:

1. Plaintiff's Motion for Summary Judgment is **GRANTED**;
2. Plaintiff's Motion to Dismiss is **GRANTED**;
3. Pursuant to Federal Rule of Civil Procedure 54(d)(1) and Local Rules 54-2 and 54-3, Plaintiff is deemed the prevailing party in this action and is entitled to recover the costs it incurred in this action.
4. Any request by Plaintiff for an award of attorneys' fees and related nontaxable expenses under Federal Rule of Civil Procedure 54(d)(2) shall be made pursuant to Local Rule 54-10.

**IT IS SO ORDERED**.

Dated: August 10, 2021        By:_____
                              Honorable Stanley Blumenfeld, Jr.
                              U.S. DISTRICT COURT JUDGE